JACKSON & NASH LLP, Appellant, v E. TIMOTHY McAULIFFE PLLC et al., Respondents. (And a Third-Party Action.)

Decided March 31, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action with the meaning of the Constitution.